No. 472. SAUNDERS *v.* GEORGIA. Jurisdictional statement submitted December 7, 1931. Decided December 14, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Hall* v. *Geiger-Jones Co.,* 242 U. S. 539, 555, 556, 557; *Caldwell* v. *Sioux Falls Stock Yards Co.,* 242 U. S. 559; *Merrick* v. *N. W. Halsey & Co.,* 242 U. S. 568. *Messrs. James A. Branch* and *Wm. Schley Howard* for appellant. No appearance for appellee.

No. 462. OWNERS' AUTOMOBILE INS. CO. *v.* LAWRASON. Jurisdictional statement submitted December 14, 1931. Decided January 4, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Standard Oil Co.* v. *Missouri,* 224 U. S. 270, 286, 287; *Lott* v. *Pittman,* 243 U. S. 588, 591; *McDonald* v. *Oregon Railroad & Navigation Co.,* 233 U. S. 665, 669, 670; *Missouri ex rel. Hurwitz* v. *North,* 271 U. S. 40, 42. *Mr. Hugh M. Wilkinson* for appellant. *Mr. Wylie M. Barrow* for appellee.